IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**Alissa Ann Numann**                                                                                     **Plaintiff**

**v.**                             **CASE NO. 3:14CV00088 JTK**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                                  **Defendant**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of the Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 24th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE